FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

05 APR 25 AM 11:1

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

**vs.**                                    Criminal No.  **05- 20010-B**

**ALBERT KIN LEE**

---

### ORDER

---

This cause came on to be heard this date upon written motion of the United States for additional time in which to file a Response to Defendant Lee's Motion To Transfer Trial For Convenience.

**IT SATISFACTORILY APPEARING TO THE COURT** that the motion of the United States should be granted for good cause shown;

**IT IS THEREFORE ORDERED** that the time within which the United States is to file its Response to Defendant Lee's pending Motion To Transfer Trial For Convenience is hereby extended to Friday, May 6, 2005.

Enter this  25th  day of April, 2005.

_____
J. DANIEL BREEN
United States District Judge


This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  4-27-05



Case 2:05-cr-20010-JDB   Document 32   Filed 04/25/05   Page 2 of 2    PageID 27

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CR-20010 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT