IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



APR 26 2005

UNITED STATES OF AMERICA,

    Plaintiff

Robert R. Di Trolio, Clerk
U. S. D'ST COURT
W. D. OF TN, MEMPHIS

VS.

    CR. NO. 05-~~20100~~-B  20010-B

ALBERT KIN LEE,

    Defendant.

---

### ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND <u>SETTING</u>

This cause came on for a report date on April 25, 2005. At that time, counsel for the defendant requested a continuance of the May 2, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to June 6, 2005 with a **report date of _Tuesday_, May 31, 2005, at 9:30 a.m.**, in <u>Courtroom 1, 11th Floor</u> of the Federal Building, Memphis, TN.

The period from April 25, 2005 through June 17, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 26th day of April, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5/4/05

(33)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:05-CR-20010 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT