IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                  No. 05-20010-B

ALBERT KIN LEE,

    Defendant.

## ORDER WAIVING APPEARANCE

Upon motion of the defendant, consent of the United States, Mr. Lee's written waiver, and for good cause shown, it is hereby:

ORDERED, ADJUDGED AND DECREED that Albert Kin Lee's appearance at the May 31, 2005 report date is hereby waived.

Entered this 25th day of May, 2005.

J. Daniel Breen,
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-26-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CR-20010 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT