FILED BY _____ D.C.

05 JUN -2 PM 4: 22

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

VS.

                                CR. NO. 05-20010-B

ALBERT KIN LEE,

      Defendant.

---

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND SETTING

---

This cause came on for a report date on May 31, 2005. At that time, counsel for the defendant requested a continuance of the June 6, 2005 trial date in order to allow for disposition of pending motions.

The Court granted the request and reset the trial date to July 5, 2005 with a **report date of *Thursday, June 23, 2005, at 2:00 p.m.*,** in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from June 17, 2005 through July 15, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 2\_\_\_ day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

is document entered on the docket sheet in compliance
th Rule 55 and/or 32(b) FRCrP on _____

40

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:05-CR-20010 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT