IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              No. 05-20010-B

ALBERT KIN LEE,

    Defendant.

## ORDER WAIVING APPEARANCE

Upon motion of the defendant, consent of the United States, Mr. Lee's written waiver, and for good cause shown, it is hereby:

ORDERED, ADJUDGED AND DECREED that Albert Kin Lee's appearance at the June 23, 2005 report date is hereby waived.

Entered this 20th day of June, 2005.

_____
J. Daniel Breen,
United States District Judge



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:05-CR-20010 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT