IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    No. 05-20010-B

ALBERT KIN LEE,

    Defendant.

## ORDER AMENDING RELEASE CONDITIONS

Upon motion of the defendant, consent of Pretrial Services, acquiescence of the United States, and for good cause shown, it is hereby:

ORDERED, ADJUDGED AND DECREED that Albert Kin Lee shall remain on electronically monitored house arrest, but, in addition to the previously authorized reasons for leaving the house, be allowed to leave his residence for the purpose of seeking and maintaining employment.

Entered this 30th day of June, 2005.

J. DANIEL BREEN,
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7/5/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:05-CR-20010 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Honorable J. Breen
US DISTRICT COURT