IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          No. 05-20010-B

ALBERT KIN LEE,

    Defendant.

### ORDER AMENDING RELEASE CONDITIONS

Upon motion of the defendant, consent of the United States, and for good cause shown, it is hereby:

ORDERED, ADJUDGED AND DECREED that Albert Kin Lee is authorized to travel to Cypress, California on September 28, 2005, returning to his San Francisco, California home on October 1, 2005 for the purpose of attending employment training by KIP Prahl Associates.

Entered this 26th day of September, 2005.

J. DANIEL BREEN,
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:05-CR-20010 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Honorable J. Breen
US DISTRICT COURT