IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                No. 05-20010-B

ALBERT KIN LEE,

    Defendant.

ORDER

Upon motion of the defendant, and for good cause shown, it is hereby:

ORDERED, ADJUDGED AND DECREED that Albert Kin Lee, defendant, will attend the October 27, 2005 report date by telephone.

Entered this 13th day of October, 2005.

                         J. Daniel Breen,
                         United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-14-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:05-CR-20010 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT