IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                No. 05-20010-B

ALBERT KIN LEE,

    Defendant.

## ORDER AMENDING RELEASE CONDITIONS

Upon oral motion of the defendant, consent of the United States, and for good cause shown, it is hereby:

ORDERED, ADJUDGED AND DECREED that Albert Kin Lee shall be allowed to travel to Eureka and Ukiah, California for business purposes from December 7-9, 2005.

All other release conditions remain in full force and effect. Entered this 29th day of November, 2005.

J. DANIEL BREEN,
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:05-CR-20010 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT